# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH KARN, | ) |
| Petitioner, | ) |
| v. | ) No. 1:07-cv-198-DFH-TAB |
| SUPERINTENDENT, INDIANA STATE PRISON, | ) |
| Respondent. | ) |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_David F Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/27/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Kenneth Karn, DOC #906456, Indiana State Prison, P.O. Box 41, Michigan City, IN 46360

Dockets.Justia.com