**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KENNETH KARN, )<br>)<br>　　　　Petitioner, )<br>)<br>v. )<br>)<br>SUPERINTENDENT, )<br>INDIANA STATE PRISON, )<br>)<br>　　　　Respondent. ) | No. 1:07-cv-198-DFH-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_David F Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/27/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Kenneth Karn, DOC #906456, Indiana State Prison, P.O. Box 41, Michigan City, IN 46360